STEPHEN TEMLOCK ET AL. *v.* KENNETH KNECHTEL
(11538)

DALY, FREEDMAN and SCHALLER, Js.

Argued March 26—decision released April 20, 1993

*Alan R. Spirer,* for the appellants (plaintiffs).

*Joy Kony Peshkin,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.